# Certificate of Completion

*This is to certify that*

## EBRAHIM WAHAB

*has successfully completed an approved online continuing education activity in*

### HIPAA (HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT)

Course Completion Date: **July 28, 2023**

Contact Hours: **1**

Certificate: 64C457C6B129E

Biologix Solutions is a nationally approved provider of online continuing education (CE) for Nursing, Dentistry, Pharmacy, Physical Therapy, Occupational Therapy, Massage Therapy and other healthcare professionals.



Biologix Solutions LLC



P. O. Box 9219, Naperville, IL 60567
www.blxtraining.com | admin@blxtraining.com