Ebrahim Wahab, Plaintiff
8702 SW 49th Ave.
Portland, OR 97219
(503)481-5288
emwahab@gmail.com

FILED26 AUG '24 09:38USDC-ORP

## In the United States District Court

## For the District of Oregon

## Portland Division

Ebrahim Wahab, Plaintiff,                          |                    Case no: 3:23-cv-00098-SB
                                                   |
                                                   |
v.                                                 |
                                                   |
                                                   |
                                                   |                    PLAINTIFF'S MOTION TO PERMIT
Saima Wahab, Defendant.                            |                    REMOTE INTERPRETATION SERVICES
                                                   |

_____

**Acknowledgment:**

Plaintiff in case# (3:23-cv-00098-SB) is hereby submitting AMENDED Lay Witness List In compliance with Document #54, "CIVIL TRIAL MANAGEMENT ORDER" (01/12/2023).

The plaintiff is aware of the tardiness of this filing.  Although it is no excuse, plaintiff seeks the pardon off the court and begs for the court to admit this Motion to Permit Remote Interpretation Services.

According to the rule of FRCP 43, plaintiff in this case seek to have the Courts permission to provide in person or remote interpretation during the testimonies of some of the witnesses during the trial.

**Remote or local interpretation services**

In the past Naegeli Deposition and Trial Services have been able to provide such services to the plaintiff and should able to acquire and to satisfy the courts demands for the **qualified** Pashto and English interpreter.  Plaintiff will seek to acquire it minimum a qualified remote interpreter for the testimonies of Mrs. Saira Wahab and may be Mrs. Gul Pari Wahab. In the past Naegeli Deposition and Trial Services have been able to provide such services to plaintiff.

Qualified Pashto interpreter must be a native speaker.

Filed this day the, 24th day of August 2024

**CERTIFICATE OF SERVICE**

I, Ebrahim Wahab hereby certify that I served this PLAINTIFF'S **MOTION TO PERMIT REMOTE TESTIMONY AND REMOTE INTERPRETATION SERVICES** TO DEFENDANT, MS. SAIMA WAHAB, THROUGH HER ATTORNEY, MS. MELLISSA HOPKINS by the following addresses/ methods:

**Melissa Hopkins, OSB No. 192226**
E-mail: melissa@jdsnyder.com
LAW OFFICES OF JUDY SNYDER
4248 Galewood Street
Lake Oswego, OR 97035
Telephone: (503) 228-5027
Facsimile: (971) 277-3894


[ X ]    email to: melissa@jdsnyder.com

[ X ]    E-filing using the District Court's CM/ECF



Dated: Saturday, August 24, 2024


EBRAHIM WAHAB

8702 SW 49th Ave

Portland, OR 97219

Email: emwahab@ gmail.com

(503)481-5288